1  KAREN P. HEWITT
   United States Attorney
2  CHARLOTTE E. KAISER
   Assistant U.S. Attorney
3  California State Bar No. PENDING
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  619 557-7031 (Telephone)/619 557-5551 (Fax)
   Email: charlotte.kaiser@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,         )    Criminal Case No.   06CR1851-BTM
                                     )    Civil Case No.      07CV2179-BTM
11          Plaintiff,                )
                                     )    NOTICE OF APPEARANCE
12          v.                        )
                                     )
13 TOBIAS MAGANA-GRAJEDA,            )
                                     )
14          Defendant.                )
                                     )
15 ─────────────────────────────

16 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17         I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned cases.

18         I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 83.3.c.3-4. There are no other government attorneys associated with this case. Effective this date, the

20 following attorney is no longer associated with this case and should not receive any further Notices of

21 Electronic Filings relating to activity in this case:

22         Neville S. Hedley.

23         Please feel free to call me if you have any questions about this notice.

24         DATED: November 23, 2007.

25                                              KAREN P. HEWITT
                                                United States Attorney
26

27
                                                s/Charlotte E. Kaiser
28                                              CHARLOTTE E. KAISER
                                                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBIAS MAGANA-GRAJEDA,<br><br>Defendant. | Criminal Case No.   06CR1851-BTM<br>Civil Case No.         07CV2179-BTM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, Barbara Townsend, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated November 23, 2007, and this Certificate of Service, dated November 23, 2007, via U.S. Mail on Tobias Magna Grajeda at #95869198 Unit - MC - A, at Federal Correctional Institution, P.O. Box 4200, Three Rivers, Texas 78071-4200.

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED on November 23, 2007.

                                          s/Barbara Townsend<br>
                                            BARBARA TOWNSEND<br>
                                            Assistant U.S. Attorney